# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

––––––––––––––––––––––––––––––

Case No. 6D2024-2297
Lower Tribunal No. 2021-CF-006206

––––––––––––––––––––––––––––––

ROBERT COOKS, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

––––––––––––––––––––––––––––––

Appeal from the Circuit Court for Orange County.
Barbara J. Leach, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and PRATT, JJ., concur.

Blair Allen, Public Defender, and Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED